# Edgewater Systems (Canada) Inc.

35 Keefer Court, Hamilton
Ontario, Canada  L8E 4V4

Telephone: 905-643-4664
Fax: 905-643-9471

**INVOICE**

**INVOICE DATE:** February 10, 2006
**INVOICE NUMBER:** 340069

## CUSTOMER INFORMATION

| | |
|---|---|
| Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. |
| Address 2 | |
| City | Charleston |
| State | WV |
| Zip Code | 25311 |
| Country | USA |
| Attention | Bill Tis |
| Telephone | 412-795-7648 |
| Fax | 412-795-4041 |

## SHIP TO

| | |
|---|---|
| Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. |
| Address 2 | |
| City | Charleston |
| State | WV |
| Zip Code | 25311 |
| Country | USA |
| Attention | Bill Tis |
| Telephone | 412-795-7648 |
| Fax | 412-795-4041 |

**CONTRACT #:** CC-102  **P.O. #:**  **SALES ORDER #:**

| TERMS | F.O.B. | REQUESTED BY | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| Net 30 | | Glenn Vanderlinden | 1/19/06-1/26/06 | Liquid Transport |

| DESCRIPTION | QUANTITY | UNIT TYPE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| **Freight for Glycerine Delivery from Ohio to West Virginia on January 19, 2006** (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-218598  (45,600 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218602  (47,060 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218599  (43,580 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218600  (45,000 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| **Freight for Glycerine Delivery from Ohio to West Virginia on January 20, 2006** (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-218609  (43,860 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218608  (43,260 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218607  (45210 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218601  (45,000 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| **Freight for Glycerine Delivery from Ohio to West Virginia on January 21, 2006** (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-218652  (42,820 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218650  (49,980 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| **Freight for Glycerine Delivery from Ohio to West Virginia on January 23, 2006** (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-218730  (41,560 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218781  (44,220 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218726  (45,140 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218729  (45,480 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218732  (44,600 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| **Freight for Glycerine Delivery from Ohio to West Virginia on January 24, 2006** (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-218778  (46,180 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218779  (42,800 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218780  (44,720 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218727  (42,800 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218782  (46,520 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| **Freight for Glycerine Delivery from Ohio to West Virginia on January 26, 2006** (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-218813  (45,000 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218814  (44,080 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218815  (44,860 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218816  (45,740 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218812  (44,520 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| | 1 | ea. | $ 866.40 | $ 866.40 |

**EDGEWATER APPROVAL:**

**REMARKS:**

✓ ENTERED

| | |
|---|---|
| FREIGHT | |
| SUBTOTAL | $ 22,526.40 |
| TAX | $ - |
| TAX | $ - |
| TOTAL | $ 22,526.40 |
| PAYMENT IN | USD |

EXHIBIT 1



**Edgewater Systems (Canada) Inc.**
35 Keefer Court, Hamilton
Ontario, Canada L8E 4V4
Telephone: 905-643-4664
Fax: 905-643-9471

# INVOICE

**INVOICE DATE:** February 13, 2006
**INVOICE NUMBER:** 340070

## CUSTOMER INFORMATION

| | |
|---|---|
| Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. |
| Address 2 | |
| City | Charleston |
| State | WV |
| Zip Code | 25311 |
| Country | USA |
| Attention | Bill Tis |
| Telephone | 412-795-7648 |
| Fax | 412-795-4041 |

## SHIP TO

| | |
|---|---|
| Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. |
| Address 2 | |
| City | Charleston |
| State | WV |
| Zip Code | 25311 |
| Country | USA |
| Attention | Bill Tis |
| Telephone | 412-795-7648 |
| Fax | 412-795-4041 |

| CONTRACT # | CC-102 | P.O. # | | SALES ORDER # | |
|---|---|---|---|---|---|
| TERMS | F.O.B. | REQUESTED BY | | SHIP DATE | SHIP VIA |
| Net 30 | | Glenn Vanderlinden | | Begins 1/27/06 | Liquid Transport |

| DESCRIPTION | QUANTITY | UNIT TYPE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| **Freight for Glycerine Delivery from Ohio to West Virginia on January 27, 2006** | | | | |
| **(including Fuel Surcharge of 17%)** | | | | |
| - BOL # BL-218898 (45,000 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-218899 (44,060 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-218900 (47,020 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| | | | | |
| **Freight for Glycerine Delivery from Ohio to West Virginia on January 28, 2006** | | | | |
| **(including Fuel Surcharge of 17%)** | | | | |
| - BOL # BL-218990 (45,000 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-218991 (45,780 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-218992 (44,640 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-218993 (45,740 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| | | | | |
| **Freight for Glycerine Delivery from Ohio to West Virginia on January 31, 2006** | | | | |
| **(including Fuel Surcharge of 17%)** | | | | |
| - BOL # BL-219032 (42,820 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219033 (43,440 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219034 (43,440 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219035 (46,000 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219036 (45,000 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| | | | | |
| **Freight for Glycerine Delivery from Ohio to West Virginia on February 2, 2006** | | | | |
| **(including Fuel Surcharge of 17%)** | | | | |
| - BOL # BL-219120 (44,460 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219119 (45,080 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219121 (48,720 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219123 (45,000 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219122 (46,500 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| | | | | |
| **Freight for Glycerine Delivery from Ohio to West Virginia on February 3, 2006** | | | | |
| **(including Fuel Surcharge of 17%)** | | | | |
| - BOL # BL-219191 (43,700 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219190 (45,080 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219192 (43,220 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219193 (45,820 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219194 (45,000 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |

**EDGEWATER APPROVAL:**

**REMARKS:**

ENTERED

| | | |
|---|---|---|
| FREIGHT SUBTOTAL | $ | 20,592.00 |
| TAX | $ | - |
| TAX | $ | - |
| **TOTAL** | **$** | **20,592.00** |
| PAYMENT IN | | USD |

# Edgewater
### Systems (Canada) Inc.

Edgewater Systems (Canada) Inc.
35 Keefer Court, Hamilton
Ontario, Canada L8E 4V4
Telephone: 905-643-4664
Fax: 905-643-9471

**INVOICE**

**INVOICE DATE:** February 28, 2006

**INVOICE NUMBER:** 340073

## CUSTOMER INFORMATION

| | | | |
|---|---|---|---|
| Name | Freedom Industries, LLC | Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. | Address 1 | 1015 Barlow Dr. |
| Address 2 | | Address 2 | |
| City | Charleston | City | Charleston |
| State | WV | State | WV |
| Zip Code | 25311 | Zip Code | 25311 |
| Country | USA | Country | USA |
| Attention | Bill Tis | Attention | Bill Tis |
| Telephone | 412-795-7648 | Telephone | 412-795-7648 |
| Fax | 412-795-4041 | Fax | 412-795-4041 |

| CONTRACT #: | CC-102 | P.O. #: | | SALES ORDER #: | |
|---|---|---|---|---|---|
| TERMS | F.O.B. | REQUESTED BY | | SHIP DATE | SHIP VIA |
| Due upon receipt | | Glenn Vanderlinden | | 1/20/06 - 2/17/06 | Liquid Transport |

| DESCRIPTION | QUANTITY | UNIT TYPE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| Freight for Glycerine Delivery from Ohio to West Virginia on January 20, 2006 | | | | |
| (Including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-218610 (46,080 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218611 (46,860 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| Freight for Glycerine Delivery from Ohio to West Virginia on January 21, 2006 | | | | |
| (Including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-218651 (45,000 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| - BOL # BL-218653 (42,060 lbs) | 1 | ea. | $ 866.40 | $ 866.40 |
| Freight for Glycerine Delivery from Ohio to West Virginia on January 22, 2006 | | | | |
| (Including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-218729 (41,620 lbs) | 1 | ea. | $ 1,117.20 | $ 1,117.20 |
| - BOL # BL-218728 (44,580 lbs) | 1 | ea. | $ 1,117.20 | $ 1,117.20 |
| Freight for Glycerine Delivery from Ohio to West Virginia on February 6, 2006 | | | | |
| (Including Fuel Surcharge of 17%) | | | | |
| - BOL # BL-219262 (45,000 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219261 (47,720 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219260 (44,520 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219259 (45,540 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219258 (44,060 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| Freight for Glycerine Delivery from Ohio to West Virginia on February 8, 2006 | | | | |
| (Including Fuel Surcharge of 17%) | | | | |
| - BOL # BL-219406 (45,000 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219405 (47,380 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219404 (44,220 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219403 (45,300 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219402 (45,320 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| Freight for Glycerine Delivery from Ohio to West Virginia on February 9, 2006 | | | | |
| (Including Fuel Surcharge of 17%) | | | | |
| - BOL # BL-219414 (46,640 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219413 (45,000 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |
| - BOL # BL-219412 (44,280 lbs) | 1 | ea. | $ 936.00 | $ 936.00 |

| EDGEWATER APPROVAL: | | FREIGHT | |
|---|---|---|---|
| | | SUB-TOTAL | $ 17,868.00 |
| REMARKS | | TAX | $ - |
| | | TAX | $ - |
| | | TOTAL | |
| | | PAYMENT IN | USD |

Page 1

**Edgewater** Systems (Can.) Inc.

Edgewater Systems (Canada) Inc.
35 Keefer Court, Hamilton
Ontario, Canada L8E 4V4

Telephone: 905-643-4664
Fax: 905-643-9471

**INVOICE**

| INVOICE DATE | February 28, 2006 |
|---|---|
| INVOICE NUMBER | **340073** |

### CUSTOMER INFORMATION

| | |
|---|---|
| Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. |
| Address 2 | |
| City | Charleston |
| State | WV |
| Zip Code | 25311 |
| Country | USA |
| | |
| Attention | Bill Tis |
| Telephone | 412-795-7648 |
| Fax | 412-795-4041 |

### SHIP TO

| | |
|---|---|
| Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. |
| Address 2 | |
| City | Charleston |
| State | WV |
| Zip Code | 25311 |
| Country | USA |
| | |
| Attention | Bill Tis |
| Telephone | 412-795-7648 |
| Fax | 412-795-4041 |

| CONTRACT # | CC-102 | P.O. # | | SALES ORDER # | |
|---|---|---|---|---|---|
| TERMS | F.O.B. | REQUESTED BY | SHIP DATE | | SHIP VIA |
| Due upon receipt | | Glenn Vanderlinden | 1/20/06 - 2/17/06 | | Liquid Transport |

| DESCRIPTION | QUANTITY | UNIT TYPE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| Freight for Glycerine Delivery from Ohio to West Virginia on February 13, 2006 (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-219482 (45,000 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| | | | | |
| Freight for Glycerine Delivery from Ohio to West Virginia on February 14, 2006 (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-219544 (43,380 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-219543 (46,100 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-219483 (48,340 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-219481 (45,920 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| | | | | |
| Freight for Glycerine Delivery from Ohio to West Virginia on February 15, 2006 (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-219647 (45,000 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-219646 (45,000 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-219545 (44,400 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-219644 (44,460 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-219547 (47,470 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-219546 (45,000 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| | | | | |
| Freight for Glycerine Delivery from Ohio to West Virginia on February 17, 2006 (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-219895 (45,000 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-219894 (43,680 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |

**EDGEWATER APPROVAL:**

**REMARKS**

| | |
|---|---|
| FREIGHT SUB-TOTAL | $ 11,856.00 |
| TAX | $ - |
| TAX | $ - |
| **TOTAL** | **$ 29,724.00** |
| PAYMENT IN | USD |

Page 2

# Edgewater

Edgewater Systems (Canada) Inc.
35 Keefer Court, Hamilton
Ontario, Canada L8E 4V4
Telephone: 905-332-0377
Fax: 905-331-6052

**March 14, 2006**

**340077**

| | | | |
|---|---|---|---|
| Name | Freedom Industries, LLC | Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. | Address 1 | 1015 Barlow Dr. |
| City | Charleston | City | Charleston |
| State | WV | State | WV |
| Zip Code | 25311 | Zip Code | 25311 |
| Country | USA | Country | USA |
| Attention | Bill Tis | Attention | Bill Tis |
| Telephone | 412-795-7648 | Telephone | 412-795-7648 |
| Fax | 412-795-4041 | Fax | 412-795-4041 |

| CONTRACT # | CC-102 | | | | | |
|---|---|---|---|---|---|---|
| TERMS | F.O.B. | REQUISITIONER | | DATES | | SHIP VIA |
| Due upon receipt | | Glenn Vanderlinden | | 2/20/06 – 2/24/06 | | Liquid Transport |

| DESCRIPTION | QTY | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|
| **Freight for Glycerine Delivery from Ohio to West Virginia on February 15, 2006** | | | | |
| (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-219645  (42,360 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| | | | | |
| **Freight for Glycerine Delivery from Ohio to West Virginia on February 20, 2006** | | | | |
| (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-219967  (45,680 lbs)   Sunday pickup | 1 | ea. | $ 984.00 | $ 984.00 |
| - BOL # BL-219968  (44,720 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-219969  (48,540 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| **Freight for Glycerine Delivery from Ohio to West Virginia on February 21, 2006** | | | | |
| (including Fuel Surcharge of 13.5%) | | | | |
| - BOL # BL-219970  (45,560 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-219972  (42,720 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-219971  (46,560 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-219973  (46,880 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| **Freight for Glycerine Delivery from Ohio to West Virginia on February 22, 2006** | | | | |
| (including Fuel Surcharge of 13.5%) | | | | |
| - BOL # BL-220050  (45,180 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-220049  (46,020 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-220053  (45,560 lbs)   Reconsignment | 1 | ea. | $ 1,106.00 | $ 1,106.00 |
| - BOL # BL-220052  (45,040 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-220051  (44,900 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| **Freight for Glycerine Delivery from Ohio to West Virginia on February 23, 2006** | | | | |
| (including Fuel Surcharge of 13.5%) | | | | |
| - BOL # BL-220109  (46,420 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-220111  (45,260 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-220110  (45,680 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-220113  (46,620 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| **Freight for Glycerine Delivery from Ohio to West Virginia on February 24, 2006** | | | | |
| (including Fuel Surcharge of 13.5%) | | | | |
| - BOL # BL-220116  (45,000 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-220117  (44,360 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-220118  (44,760 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-220119  (45,060 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |

| EDGEWATER APPROVAL: | | FREIGHT SUBTOTAL | $ 19,354.00 |
|---|---|---|---|
| REMARKS | | TAX | $ - |
| | | TAX | $ - |
| ENTERED | | PAYMENT IN | USD |

Page 1

# Edgewater

Edgewater Systems (Canada) Inc.
35 Keefer Court, Hamilton
Ontario, Canada L8E 4V4
Telephone: 905-332-0337
Fax: 905-331-6052

**March 14, 2006**

**340077**

| | | | | |
|---|---|---|---|---|
| **Name** | Freedom Industries, LLC | **Name** | Freedom Industries, LLC | |
| **Address 1** | 1015 Barlow Dr. | **Address 1** | 1015 Barlow Dr. | |
| **City** | Charleston | **City** | Charleston | |
| **State** | WV | **State** | WV | |
| **Zip Code** | 25311 | **Zip Code** | 25311 | |
| **Country** | USA | **Country** | USA | |
| **Attention** | Bill Tis | **Attention** | Bill Tis | |
| **Telephone** | 412-795-7648 | **Telephone** | 412-795-7648 | |
| **Fax** | 412-795-4041 | **Fax** | 412-795-4041 | |

| CONTRACT # | CC-102 | | | | |
|---|---|---|---|---|---|
| **TERMS** | **F.O.B.** | **REQUESTED BY** | | | **SHIP VIA** |
| Due upon receipt | | Glenn Vanderlinden | | 2/25/06 - 3/4/06 | Liquid Transport |

| Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|
| **Freight for Glycerine Delivery from Ohio to West Virginia on February 25, 2006** | | | | |
| **(including Fuel Surcharge of 13.5% & Sunday Delivery Charge)** | | | | |
| - BOL # BL-220122 (43,260 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-220121 (45,580 lbs) | 1 | ea. | $ 1,172.00 | $ 1,172.00 |
| - BOL # BL-220126 (45,000 lbs) | 1 | ea. | $ 1,172.00 | $ 1,172.00 |
| **Freight for Glycerine Delivery from Ohio to West Virginia on February 26, 2006** | | | | |
| **(including Fuel Surcharge of 13.5% & Sunday Delivery Charge)** | | | | |
| - BOL # BL-220127 (45,000 lbs) | 1 | ea. | $ 1,172.00 | $ 1,172.00 |
| - BOL # BL-220128 (44,660 lbs) | 1 | ea. | $ 1,172.00 | $ 1,172.00 |
| - BOL # BL-220276 (45,560 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| **Freight for Glycerine Delivery from Ohio to West Virginia on February 27, 2006** | | | | |
| **(including Fuel Surcharge of 13.5%)** | | | | |
| - BOL # BL-220283 (45,000 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-220271 (45,520 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| **Freight for Glycerine Delivery from Ohio to West Virginia on February 28, 2006** | | | | |
| **(including Fuel Surcharge of 14%)** | | | | |
| - BOL # BL-220310 (45,000 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-220282 (46,840 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-220267 (44,420 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| **Freight for Glycerine Delivery from Ohio to West Virginia on March 1, 2006** | | | | |
| **(including Fuel Surcharge of 14%)** | | | | |
| - BOL # BL-220386 (45,000 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-220279 (44,480 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| **Freight for Glycerine Delivery from Ohio to West Virginia on March 2, 2006** | | | | |
| **(including Fuel Surcharge of 14%)** | | | | |
| - BOL # BL-220385 (45,680 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-220561 (45,000 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| **Freight for Glycerine Delivery from Ohio to West Virginia on March 4, 2006** | | | | |
| **(including Fuel Surcharge of 14%)** | | | | |
| - BOL # BL-220590 (45,000 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |

**EDGEWATER APPROVAL:**

| | | |
|---|---|---|
| FREIGHT | $ | 15,616.00 |
| TAX | $ | - |
| TAX | $ | - |
| | $ | 34,970.00 |
| PAYMENT IN | | USD |

ENTERED

Page 2



**Edgewater Systems (Canada) Inc.**
35 Keefer Court, Hamilton
Ontario, Canada L8E 4V4

Telephone: 905-643-4664
Fax: 905-643-9471

**INVOICE**

March 3, 2006

**340078**

### CUSTOMER INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Freedom Industries, LLC | **Name** | Freedom Industries, LLC |
| **Address 1** | 1015 Barlow Dr. | **Address 1** | 1015 Barlow Dr. |
| **Address 2** | | **Address 2** | |
| **City** | Charleston | **City** | Charleston |
| **State** | WV | **State** | WV |
| **Zip Code** | 25311 | **Zip Code** | 25311 |
| **Country** | USA | **Country** | USA |
| **Attention** | Bill Tis | **Attention** | Bill Tis |
| **Telephone** | 412-795-7648 | **Telephone** | 412-795-7648 |
| **Fax** | 412-795-4041 | **Fax** | 412-795-4041 |

| CONTRACT | CC-102 | P.O. # | | SALES ORDER # | |
|---|---|---|---|---|---|
| **TERMS** | Due upon receipt | **SALES REP** | Glenn Vanderlinden | **SHIP DATE** | 1/25/06 - 2/11/06 | **SHIP VIA** | Liquid Transport |

| DESCRIPTION | QUANTITY | UNITS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| **Sale of Propylene Glycol Delivered on January 25, 2006** | | | | |
| - BOL # 2483 | 1,637.30 | 8453.25 lbs | $ 0.20 | $ 1,690.65 |
| **Sale of Propylene Glycol Delivered on January 26, 2006** | | | | |
| - BOL # 2486 | 1,628.82 | 8409.90 lbs | $ 0.20 | $ 1,681.98 |
| - BOL # 2487 | 1,628.82 | 8409.90 lbs | $ 0.20 | $ 1,681.98 |
| **Sale of Propylene Glycol Delivered on February 2, 2006** | | | | |
| - BOL # 2499 | 1,519.19 | 7851.47 lbs | $ 0.20 | $ 1,570.29 |
| **Sale of Propylene Glycol Delivered on February 7, 2006** | | | | |
| - BOL # 2844 | 1,587.10 | 8193.15 lbs | $ 0.20 | $ 1,638.63 |
| - BOL # 2500 | 1,587.10 | 8193.15 lbs | $ 0.20 | $ 1,638.63 |
| **Sale of Propylene Glycol Delivered on February 8, 2006** | | | | |
| - BOL # 2846 | 1,510.42 | 7803.00 lbs | $ 0.20 | $ 1,560.60 |
| - BOL # 2847 | 1,665.81 | 8602.81 lbs | $ 0.20 | $ 1,720.56 |
| - BOL # 2848 | 1,705.80 | 8809.27 lbs | $ 0.20 | $ 1,761.85 |
| - BOL # 2849 | 1,808.62 | 9340.19 lbs | $ 0.20 | $ 1,868.04 |
| **Sale of Propylene Glycol Delivered on February 9, 2006** | | | | |
| - BOL # 2852 | 1,510.42 | 7803.00 lbs | $ 0.20 | $ 1,560.60 |
| - BOL # 2853 | 1,510.42 | 7803.00 lbs | $ 0.20 | $ 1,560.60 |
| - BOL # 2854 | 1,510.42 | 7803.00 lbs | $ 0.20 | $ 1,560.60 |
| - BOL # 2855 | 1,540 | 7959.06 lbs | $ 0.20 | $ 1,591.81 |
| - BOL # 2856 | 1,497.19 | 7737.98 lbs | $ 0.20 | $ 1,547.60 |
| - BOL # 2857 | 1,511.47 | 7811.67 lbs | $ 0.20 | $ 1,562.33 |
| **Sale of Propylene Glycol Delivered on February 10, 2006** | | | | |
| - BOL # 2866 | 1,586.50 | 8193.15 lbs | $ 0.20 | $ 1,638.63 |
| - BOL # 2867 | 1,586.50 | 8193.15 lbs | $ 0.20 | $ 1,638.63 |
| - BOL # 2868 | 1,690.66 | 8730.69 lbs | $ 0.20 | $ 1,746.14 |
| - BOL # 2869 | 1,754.46 | 9060.15 lbs | $ 0.20 | $ 1,812.03 |
| **Sale of Propylene Glycol Delivered on February 11, 2006** | | | | |
| - BOL # 2872 | 1,435.39 | 7421.52 lbs | $ 0.20 | $ 1,484.30 |
| - BOL # 2873 | 1,690.66 | 8730.69 lbs | $ 0.20 | $ 1,746.14 |
| - BOL # 2874 | 1,341.50 | 6936.00 lbs | $ 0.20 | $ 1,387.20 |

**EDGEWATER APPROVAL:** /s/

**REMARKS:**

| | | |
|---|---|---|
| FREIGHT | | |
| SUBTOTAL | $ | 37,649.83 |
| TAX | $ | - |
| TAX | $ | - |
| TOTAL | | |
| PAYMENT IN | | USD |

Page 1



**Edgewater Systems (Canada) Inc.**
35 Keefer Court, Hamilton
Ontario, Canada   L8E 4V4

Telephone: 905-643-4664
Fax: 905-643-9471

**INVOICE**

March 3, 2006

**340078**

### CUSTOMER INFORMATION / SHIP TO

| | | | |
|---|---|---|---|
| Name | Freedom Industries, LLC | Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. | Address 1 | 1015 Barlow Dr. |
| Address 2 | | Address 2 | |
| City | Charleston | City | Charleston |
| State | WV | State | WV |
| Zip Code | 25311 | Zip Code | 25311 |
| Country | USA | Country | USA |
| Attention | Bill Tis | Attention | Bill Tis |
| Telephone | 412-795-7648 | Telephone | 412-795-7648 |
| Fax | 412-795-4041 | Fax | 412-795-4041 |

| CONTRACT | TERMS | REQUESTED BY | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| CC-102 | Due upon receipt | Glenn Vanderlinden | 2/12/06 - 2/14/06 | Liquid Transport |

| DESCRIPTION | QUANTITY | UNITS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| **Sale of Propylene Glycol Delivered on February 12, 2006** | | | | |
| - BOL # 2876 | 7352.16 | lbs | $ 0.20 | $ 1,470.43 |
| - BOL # 2877 | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |
| - BOL # 2878 | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |
| - BOL # 2879 | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |
| - BOL # 2880 | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |
| - BOL # 2881 | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |
| - BOL # 2882 | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |
| **Sale of Propylene Glycol Delivered on February 13, 2006** | | | | |
| - BOL # 2884 | 7352.16 | lbs | $ 0.20 | $ 1,470.43 |
| - BOL # 2885 | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |
| - BOL # 2886 | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |
| - BOL # 2887 | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |
| - BOL # 2888 | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |
| - BOL # 2889 | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |
| - BOL # 2890 | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |
| **Sale of Propylene Glycol Delivered on February 14, 2006** | | | | |
| - BOL # 2891 | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |
| - BOL # 2897 | 8019.75 | lbs | $ 0.20 | $ 1,603.95 |
| - BOL # 2898 | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |
| - BOL # 2899 | 8149.80 | lbs | $ 0.20 | $ 1,629.96 |
| - BOL # 2900 | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |
| - BOL # OPI | 6936.00 | lbs | $ 0.20 | $ 1,387.20 |

**EDGEWATER APPROVAL:**

**REMARKS:**

| | | |
|---|---|---|
| FREIGHT | | |
| SUBTOTAL | $ | 28,369.97 |
| TAX | $ | - |
| TAX | $ | - |
| TOTAL | $ | 66,019.80 |
| PAYMENT IN | | USD |

Page 2

# Edgewater
Systems (Canada) Inc.

Edgewater Systems (Canada) Inc.
35 Keefer Court, Hamilton
Ontario, Canada  L8E 4V4
Telephone: 888-336-7779
Fax: 905-331-6052

## INVOICE

**INVOICE DATE:** March 27, 2006

**INVOICE NUMBER:** 340078CR

### CUSTOMER INFORMATION

| | |
|---|---|
| Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. |
| Address 2 | |
| City | Charleston |
| State | WV |
| Zip Code | 25311 |
| Country | USA |
| | |
| Attention | Bill Tis |
| Telephone | 412-795-7648 |
| Fax | 412-795-4041 |

### SHIP TO

| | |
|---|---|
| Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. |
| Address 2 | |
| City | Charleston |
| State | WV |
| Zip Code | 25311 |
| Country | USA |
| | |
| Attention | Bill Tis |
| Telephone | 412-795-7648 |
| Fax | 412-795-4041 |

| CONTRACT # | CC-102 | P.O. # | | SALES ORDER # | | |
|---|---|---|---|---|---|---|
| TERMS | P.O.# | REQUESTED BY | | SHIP DATE | | SHIP VIA |
| Due upon receipt | | Glenn Vanderlinden | | 1/25/06 - 2/11/06 | | Liquid Transport |

| DESCRIPTION | QUANTITY | UNIT TYPE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| **Sale of Propylene Glycol Delivered on January 25, 2006** | | | | |
| - BOL # 2483 | -266.76 | lbs | $ 0.20 | $ (53.35) |
| **Sale of Propylene Glycol Delivered on January 26, 2006** | | | | |
| - BOL # 2486 | -265.78 | lbs | $ 0.20 | $ (53.16) |
| - BOL # 2487 | -265.78 | lbs | $ 0.20 | $ (53.16) |
| **Sale of Propylene Glycol Delivered on February 2, 2006** | | | | |
| - BOL # 2499 | -255.53 | lbs | $ 0.20 | $ (51.11) |
| **Sale of Propylene Glycol Delivered on February 7, 2006** | | | | |
| - BOL # 2844 | -260.63 | lbs | $ 0.20 | $ (52.13) |
| - BOL # 2500 | -260.63 | lbs | $ 0.20 | $ (52.13) |
| **Sale of Propylene Glycol Delivered on February 8, 2006** | | | | |
| - BOL # 2846 | -250.92 | lbs | $ 0.20 | $ (50.18) |
| - BOL # 2847 | -273.77 | lbs | $ 0.20 | $ (54.75) |
| - BOL # 2848 | -280.27 | lbs | $ 0.20 | $ (56.05) |
| - BOL # 2849 | -297.11 | lbs | $ 0.20 | $ (59.42) |
| **Sale of Propylene Glycol Delivered on February 9, 2006** | | | | |
| - BOL # 2852 | -250.92 | lbs | $ 0.20 | $ (50.18) |
| - BOL # 2853 | -250.92 | lbs | $ 0.20 | $ (50.18) |
| - BOL # 2854 | -250.92 | lbs | $ 0.20 | $ (50.18) |
| - BOL # 2855 | -259.08 | lbs | $ 0.20 | $ (51.82) |
| - BOL # 2856 | -252.03 | lbs | $ 0.20 | $ (50.41) |
| - BOL # 2857 | -254.32 | lbs | $ 0.20 | $ (50.86) |
| **Sale of Propylene Glycol Delivered on February 10, 2006** | | | | |
| - BOL # 2866 | -260.63 | lbs | $ 0.20 | $ (52.13) |
| - BOL # 2867 | -260.63 | lbs | $ 0.20 | $ (52.13) |
| - BOL # 2868 | -277.40 | lbs | $ 0.20 | $ (55.48) |
| - BOL # 2869 | -287.85 | lbs | $ 0.20 | $ (57.57) |
| **Sale of Propylene Glycol Delivered on February 11, 2006** | | | | |
| - BOL # 2872 | -244.56 | lbs | $ 0.20 | $ (48.91) |
| - BOL # 2873 | -277.40 | lbs | $ 0.20 | $ (55.48) |
| - BOL # 2874 | -228.48 | lbs | $ 0.20 | $ (45.70) |

**EDGEWATER APPROVAL:**

**REMARKS**

| | | |
|---|---|---|
| FREIGHT | | |
| SUBTOTAL | $ | (1,206.46) |
| TAX | $ | - |
| TAX | $ | - |
| TOTAL | | |
| PAYMENT IN | | USD |

Page 1

# Edgewater

Edgewater Systems (Canada) Inc.
35 Keefer Court, Hamilton
Ontario, Canada L8E 4V4
Telephone: 888-336-7779
Fax: 905-331-6052

## INVOICE

**INVOICE DATE:** March 27, 2006
**INVOICE NUMBER:** 340078CR

### CUSTOMER INFORMATION

| | |
|---|---|
| Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. |
| Address 2 | |
| City | Charleston |
| State | WV |
| Zip Code | 25311 |
| Country | USA |
| Attention | Bill Tis |
| Telephone | 412-795-7648 |
| Fax | 412-795-4041 |

### SHIP TO

| | |
|---|---|
| Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. |
| Address 2 | |
| City | Charleston |
| State | WV |
| Zip Code | 25311 |
| Country | USA |
| Attention | Bill Tis |
| Telephone | 412-795-7648 |
| Fax | 412-795-4041 |

| CONTRACT # | CC-102 | P.O. # | | SALES ORDER # | |
|---|---|---|---|---|---|
| TERMS | F.O.B. | REQUESTED BY | SHIP DATE | | SHIP VIA |
| Due upon receipt | | Glenn Vanderlinden | 2/12/06 - 2/14/06 | | Liquid Transport |

| DESCRIPTION | QUANTITY | UNIT TYPE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| **Sale of Propylene Glycol Delivered on February 12, 2006** | | | | |
| - BOL # 2876 | -242.24 | lbs | $ 0.20 | $ (48.45) |
| - BOL # 2877 | -228.48 | lbs | $ 0.20 | $ (45.70) |
| - BOL # 2878 | -228.48 | lbs | $ 0.20 | $ (45.70) |
| - BOL # 2879 | -228.48 | lbs | $ 0.20 | $ (45.70) |
| - BOL # 2880 | -228.48 | lbs | $ 0.20 | $ (45.70) |
| - BOL # 2881 | -228.48 | lbs | $ 0.20 | $ (45.70) |
| - BOL # 2882 | -228.48 | lbs | $ 0.20 | $ (45.70) |
| **Sale of Propylene Glycol Delivered on February 13, 2006** | | | | |
| - BOL # 2884 | -241.92 | lbs | $ 0.20 | $ (48.38) |
| - BOL # 2885 | -228.48 | lbs | $ 0.20 | $ (45.70) |
| - BOL # 2886 | -228.48 | lbs | $ 0.20 | $ (45.70) |
| - BOL # 2887 | -228.48 | lbs | $ 0.20 | $ (45.70) |
| - BOL # 2888 | -228.48 | lbs | $ 0.20 | $ (45.70) |
| - BOL # 2889 | -228.48 | lbs | $ 0.20 | $ (45.70) |
| - BOL # 2890 | -228.48 | lbs | $ 0.20 | $ (45.70) |
| **Sale of Propylene Glycol Delivered on February 14, 2006** | | | | |
| - BOL # 2891 | -228.48 | lbs | $ 0.20 | $ (45.70) |
| - BOL # 2897 | -256.41 | lbs | $ 0.20 | $ (51.28) |
| - BOL # 2898 | -228.48 | lbs | $ 0.20 | $ (45.70) |
| - BOL # 2899 | -259.44 | lbs | $ 0.20 | $ (51.89) |
| - BOL # 2900 | -228.48 | lbs | $ 0.20 | $ (45.70) |

ENTERED

**EDGEWATER APPROVAL:**

**REMARKS**

| | | |
|---|---|---|
| FREIGHT | | |
| SUBTOTAL | $ | (885.44) |
| TAX | $ | - |
| TAX | $ | - |
| TOTAL | $ | (2,091.91) |
| PAYMENT IN | | USD |

Page 2



Edgewater Systems (Canada) Inc.
35 Keefer Court, Hamilton
Ontario, Canada  L8E 4V4
Telephone: 905-332-0337
Fax: 905-331-6052

**INVOICE**

**March 31, 2006**

**340084**

### CUSTOMER INFORMATION

| | |
|---|---|
| Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. |
| City | Charleston |
| State | WV |
| Zip Code | 25311 |
| Country | USA |
| Attention | Bill Tis |
| Telephone | 412-795-7648 |
| Fax | 412-795-4041 |

### SHIP TO

| | |
|---|---|
| Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. |
| City | Charleston |
| State | WV |
| Zip Code | 25311 |
| Country | USA |
| Attention | Bill Tis |
| Telephone | 412-795-7648 |
| Fax | 412-795-4041 |

| CONTRACT # | CC-102 | P.O. # | | SALES ORDER # | |
|---|---|---|---|---|---|
| TERMS | F.O.B. | REQUESTED BY | | SHIP DATE | SHIP VIA |
| Due upon receipt | | Glenn Vanderlinden | | 2/25/06 - 3/3/06 | Liquid Transport |

| DESCRIPTION | QUANTITY | UNIT TYPE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| Freight for Glycerine Delivery from Ohio to West Virginia on February 21, 2006 | | | | |
| (including Fuel Surcharge of 13.5% & Tank Cleaning) | | | | |
| - BOL # BL-219974  (45,000 lbs) | 1 | ea. | $ 1,073.00 | $ 1,073.00 |
| | | | | |
| Freight for Glycerine Delivery from Ohio to West Virginia on February 25, 2006 | | | | |
| (including Fuel Surcharge of 13.5% & Sunday Delivery) | | | | |
| - BOL # BL-220120  (45,340 lbs) | 1 | ea. | $ 1,172.00 | $ 1,172.00 |
| | | | | |
| Freight for Glycerine Delivery from Ohio to West Virginia on February 26, 2006 | | | | |
| (including Fuel Surcharge of 13.5% & Sunday Delivery) | | | | |
| - BOL # BL-220125  (44,180 lbs) | 1 | ea. | $ 1,172.00 | $ 1,172.00 |
| - BOL # BL-220129  (47,460 lbs) | 1 | ea. | $ 1,172.00 | $ 1,172.00 |
| | | | | |
| Freight for Glycerine Delivery from Ohio to West Virginia on February 27, 2006 | | | | |
| (including Fuel Surcharge of 13.5%) | | | | |
| - BOL # BL-220273  (44,880 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-220274  (45,380 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| - BOL # BL-220285  (45,240 lbs) | 1 | ea. | $ 908.00 | $ 908.00 |
| | | | | |
| Freight for Glycerine Delivery from Ohio to West Virginia on February 28, 2006 | | | | |
| (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-220278  (45,000 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-220286  (47,640 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| | | | | |
| Freight for Glycerine Delivery from Ohio to West Virginia on March 1, 2006 | | | | |
| (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-220278  (45,000 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-220384  (45,560 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| | | | | |
| Freight for Glycerine Delivery from Ohio to West Virginia on March 2, 2006 | | | | |
| (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-220383  (46,040 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| | | | | |
| Freight for Glycerine Delivery from Ohio to West Virginia on March 3, 2006 | | | | |
| (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-220588  (45,000 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |

| EDGEWATER APPROVAL: | | | FREIGHT SUBTOTAL | $ 11,712.00 |
|---|---|---|---|---|
| REMARKS | | | TAX | $ - |
| | | | TAX | $ - |
| | | | TOTAL | |
| | | | PAYMENT IN | USD |

*RM 4-24-06*

**ENTERED**

Page 1



Edgewater Systems (Canada) Inc.
35 Keefer Court, Hamilton
Ontario, Canada  L8E 4V4
Telephone: 905-332-0337
Fax: 905-331-6052

**INVOICE**

INVOICE DATE: March 31, 2006

INVOICE NUMBER: **340084**

### CUSTOMER INFORMATION

| | | | |
|---|---|---|---|
| Name | Freedom Industries, LLC | Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. | Address 1 | 1015 Barlow Dr. |
| City | Charleston | City | Charleston |
| State | WV | State | WV |
| Zip Code | 25311 | Zip Code | 25311 |
| Country | USA | Country | USA |
| Attention | Bill Tis | Attention | Bill Tis |
| Telephone | 412-795-7648 | Telephone | 412-795-7648 |
| Fax | 412-795-4041 | Fax | 412-795-4041 |

### SHIP TO

| CONTRACT # | CC-102 | P.O. # | | SALES ORDER # | |
|---|---|---|---|---|---|
| TERMS | F.O.B. | REQUESTED BY | | SHIP DATE | SHIP VIA |
| Due upon receipt | | Glenn Vanderlinden | | 3/4/06 - 3/7/06 | Liquid Transport |

| DESCRIPTION | QUANTITY | UNIT TYPE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| Freight for Glycerine Delivery from Ohio to West Virginia on March 4, 2006 | | | | |
| (Including Fuel Surcharge of 14% & Sunday Delivery) | | | | |
| - BOL # BL-220575  (41,940 lbs) | 1 | ea. | $ 1,176.00 | $ 1,176.00 |
| - BOL # BL-220576  (45,760 lbs)   Tank cleaning included | 1 | ea. | $ 1,363.40 | $ 1,363.40 |
| - BOL # BL-220568A  (42,180 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| | | | | |
| Freight for Glycerine Delivery from Ohio to West Virginia on March 5, 2006 | | | | |
| (including Fuel Surcharge of 14%) | | | | |
| - BOL # BL-220592  (46,440 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-220593  (45,400 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| - BOL # BL-220594  (45,000 lbs) | 1 | ea. | $ 912.00 | $ 912.00 |
| | | | | |
| Freight for Glycerine Delivery from Ohio to West Virginia on March 6, 2006 | | | | |
| (including Fuel Surcharge of 14% & Sunday Delivery) | | | | |
| - BOL # BL-2205991  (43,760 lbs) | 1 | ea. | $ 1,176.00 | $ 1,176.00 |
| | | | | |
| Freight for Glycerine Delivery from Ohio to West Virginia on March 7, 2006 | | | | |
| (including Fuel Surcharge of 14.5%) | | | | |
| - BOL # BL-220696  (47,620 lbs) | 1 | ea. | $ 858.75 | $ 858.75 |

| EDGEWATER APPROVAL: | | FREIGHT | |
|---|---|---|---|
| | | SUBTOTAL | $ 8,222.15 |
| REMARKS | | TAX | $ - |
| | | TAX | $ - |
| | | TOTAL | $ 19,934.15 |
| | | PAYMENT IN | USD |

Page 2

# Edgewater Systems (Canada) Inc.

**INVOICE**

35 Keefer Court, Hamilton
Ontario, Canada   L8E 4V4

Telephone: 905-332-0337
Fax: 905-331-6052

**INVOICE DATE:** April 24, 2006
**INVOICE NUMBER:** 340087

## CUSTOMER INFORMATION

| | | | |
|---|---|---|---|
| Name | Freedom Industries, LLC | Name | Freedom Industries, LLC |
| Address 1 | 1015 Barlow Dr. | Address 1 | 1015 Barlow Dr. |
| City | Charleston | City | Charleston |
| State | WV | State | WV |
| Zip Code | 25311 | Zip Code | 25311 |
| Country | USA | Country | USA |
| Attention | Bill Tis | Attention | Bill Tis |
| Telephone | 412-795-7648 | Telephone | 412-795-7648 |
| Fax | 412-795-4041 | Fax | 412-795-4041 |

## SHIP TO

| CONTRACT # | CC-102 | P.O. # | | SALES ORDER # | |
|---|---|---|---|---|---|
| TERMS | F.O.B. | REQUESTED BY | | SHIP DATE | SHIP VIA |
| Due upon receipt | | Glenn Vanderlinden | | 2/23/06-2/27/06 | Liquid Transport |

| DESCRIPTION | QUANTITY | UNIT TYPE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| Freight for Glycerine Delivery from Ohio to West Virginia on February 23, 2006 (including Fuel Surcharge of 15%) | | | | |
| - BOL # BL-220112 | 1 | ea. | $ 920.00 | $ 920.00 |
| Freight for Glycerine Delivery from Ohio to West Virginia on February 27, 2006 (including Fuel Surcharge of 15%) | | | | |
| - BOL # BL-220275 | 1 | ea. | $ 908.00 | $ 908.00 |

**EDGEWATER APPROVAL:**

**REMARKS:**

| | | |
|---|---|---|
| FREIGHT SUBTOTAL | $ | 1,828.00 |
| TAX | $ | - |
| TAX | $ | - |
| TOTAL | $ | 1,828.00 |
| PAYMENT IN | | USD |

Page 1